DANIEL J. LICKEL (SB# 224510)
1102 Cesar Chavez Pkwy
San Diego, CA 92113
Telephone: (858) 952-1033
Facsimile: (619) 546-0792

*Attorneys for Debtor*
Erick Lindgren

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE, | Bankruptcy No. 12-08239-MM7 |
| Erick Allan Lindgren,<br><br>               Debtor. | **STIPULATION FOR ORDER CONTINUING HEARING ON**<br><br>**(1) U.S. TRUSTEE'S MOTION FOR ORDER APPROVING STIPULATION FOR WAIVER OF DISCHARGE OF DEBTOR ERICK ALLAN LIDNGREN PURSUANT TO 11 U.S.C. SECTION 727(A)(10) AND**<br><br>**(2) U.S. TRUSTEE'S MOTION EXTENDING TIME TO OBJECT TO DISCHARGE PURSUANT TO 11 U.S.C. SECTION 727 AND FILE MOTION TO DISMISS PURSUANT TO 707(B)(3)**<br><br>**Dept.:  1   Room:  218**<br>**Judge:   Hon. Margaret Mann** |

**STIPULATION**

WHEREAS, Debtor's new counsel, Daniel Lickel, needs to change the hearing date on the U.S. Trustee's Motion for Order Approving Stipulation for Waiver of Discharge of Debtor Erick Allan Lindgren pursuant to 11 U.S.C. section 727(a)(10) for personal reasons;

NOW THEREFORE the parties hereto by and through their attorneys agree and request the Court enter an order as follows:

1. That the hearing date on the U.S. Trustee's Motion for Order Approving Stipulation for Waiver of Discharge of Debtor Erick Allan Lindgren pursuant to 11 U.S.C. section 727(a)(10) be continued to June 27, 2013 at 10:00 A.M. in Department 1, room 218;

2. That the hearing date on the U.S. Trustee's Motion Extending Time to Object to Discharge Pursuant to 11 U.S.S. section 727 and File Motion to Dismiss Pursuant to 707(b)(3) be continued to June 27, 2013 at 10:00 A.M. in Department 1, room 218; and

3. That Debtor's counsel serve the Court's order for this stipulation to the parties

originally sent notice by the U.S. Trustee as reflected on Docket Number 63 with service made by U.S. Mail first class no later than two days after entry of the Court's order.

DATED: May 30, 2013      By:   /S/ Daniel Lickel
                                DANIEL LICKEL, Attorney for Debtor

DATED: May 30, 2013      By:   *Mary Testerman DuVoisin*
                                MARY TESTERMAN DUVOISIN, Attorney for U.S. TRUSTEE

-2-

STIPULATION TO CONTINUE HEARING TO APPROVE WAIVER OF DISCHARGE