TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor: ERICK LINDGREN

Number: 12-08239-MM7

Hearing: 10:00 AM Thursday, June 6, 2013

Motion: 1) MOTION FOR A FINDING THAT DEBTOR IS NOT ENTITLED TO A DISCHARGE FILED BY U.S. TRUSTEE

2) MOTION EXTENDING TIME TO OBJECT TO DISCHARGE AND MOTION TO DISMISS FILED BY U.S. TRUSTEE

1) Continued to June 27, 2013 at 10:00 a.m., Department 1. Appearances are excused at the 6/6 hearing.

2) The Motion is granted and appearances are excused. The extension of time to object to the discharge or to dismiss the case is extended until the time that an order is entered regarding waiver of the discharge.