MARY TESTERMAN DuVOISIN, ATTORNEY #163514
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 West Broadway, Suite 600
San Diego, CA 92101
(619) 557-5013

Attorney for

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ERICK ALLAN LINDGREN,<br><br>Debtor. | Case No.: 12-08239-MM7<br>**AMENDED STIPULATION FOR WAIVER OF DISCHARGE OF DEBTOR ERICK ALLAN LINDGREN PURSUANT TO 11 U.S.C. 727(a)(10)**<br><br>Date: June 27, 2013<br>Time: 10:00 a.m.<br>Dept.: One (1)<br>Judge: Hon. Margaret M. Mann |

This Amended Stipulation for Waiver of Discharge of Debtor Erick Allan Lindgren Pursuant to 11 U.S.C. §727(a)(10) ("Amended Stipulation") is entered into by and between Erick Allan Lindgren ("Debtor"), individually and by counsel, and the Acting United States Trustee ("UST"), as follows:

RECITALS

A. On June 8, 2012, Erick Allan Lindgren ("Debtor") filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Petition Date") and an Order for Relief was entered that same date. Ronald Stadtmueller was appointed chapter 7 trustee.

B. The Debtor was represented in this bankruptcy case by attorney Steven J. Diamond ("Attorney Diamond") of the law firm, Chang and Diamond, APC.

C. The last day to object to the Debtor's discharge is April 30, 2013.

D. The UST, by counsel, appeared at several 11 U.S.C. §341(a) meetings of creditors to examine the Debtor, including most recently on April 4, 2013.

E. Over the course of the numerous 341(a) meetings, the UST requested books, documents, records and papers from which the assets listed on the Debtor's Schedule B and the liabilities listed on the Debtor's Schedule F and other matters involving the Debtor's financial condition or business transactions could be ascertained.

F. In response to the UST's requests, the Debtor filed several declarations before the court as follows: Declaration of Debtor Regarding Liquidated Debts Owed to and Owed by Debtor (Docket No. 22); Declaration of Debtor Regarding Deposits and Withdrawals (Docket No. 23); Declaration of Debtor Regarding All Online Sites Used for Gambling (Docket No. 24); Declaration of Debtor Regarding Attempts to provide Full Addresses for Creditors for Notice Purposes (Docket No. 25); Declaration of Tony Dabit, Case Assistant for Chang & Diamond, APC Regarding Constructive Notice of Bankruptcy Filing for Creditors With No Known Mailing Address (Docket No. 26); Amended Declaration of Legal Assistant Tony F. Dabit Regarding Constructive Notice of Bankruptcy Filing for Creditors With No Known Mailing Address (Docket No. 28); Declaration of Debtor Regarding Full Tilt and Poker Stars (Docket No. 32); Declaration of Debtor Regarding Record Keeping Process for Loans (Docket No. 33); Declaration of Debtor Regarding Difference in Online Gambling Between Canada, Mexico, and the United States (Docket No. 34); and Declaration of Debtor Regarding Loan Received from Full Tilt (Docket No. 35).

G. The UST alleges that the declarations and responses provided by the Debtor are both incomplete and insufficient to determine the Debtor's financial condition and business transactions. The UST also alleges that the Debtor has failed to satisfactorily explain any loss of assets or deficiency of assets to meet the Debtor's liabilities.

H. The Debtor denies the UST's allegations, but wishes to avoid further litigation relative to this matter. Consequently, the Debtor agrees to waive his discharge pursuant to 11 U.S.C. § 727(a)(10).

I. Attorney Diamond withdrew as counsel for the Debtor by Order entered on April 5,

2013. The Debtor has sought the advice of attorney Daniel Lickel of the Law Offices of Daniel Lickel regarding his waiver of discharge in this bankruptcy case.

## STIPULATION

1. Debtor Erick Allan Lindgren hereby Stipulates and agrees that he shall and hereby does waive his discharge pursuant to Bankruptcy Code Section 727(a)(10). [11 U.S.C. §727(a)(10)].

2. Debtor Erick Allan Lindgren has sought the advice of attorney Daniel Lickel, of the Law Offices of Daniel Lickel, regarding this Amended Stipulation, and his agreement to waive his discharge pursuant to 11 U.S.C. §727(a)(10); and, further acknowledges by affixing his signature below, that he enters into this Amended Stipulation of his own free will with access to the advice of counsel.

3. Upon entry of an Order approving this Amended Stipulation, any and all debts listed in the Debtor's bankruptcy case and/or that arose prior to the Petition Date, shall be deemed now and forever, non-dischargeable in this and/or any subsequent bankruptcy case that may be filed by the Debtor, with the exception of a future Chapter 13 full compliance discharge pursuant to 11 U.S.C. §1328(a).

**IT IS SO STIPULATED.**

TIFFANY L. CARROLL
UNITED STATES TRUSTEE

Dated: 6/25/13

By: *Mary Testerman DuVoisin* (signature)
Mary Testerman DuVoisin, Esq.
Attorney for the Acting United States Trustee

Dated: _____

By: _____
Erick Allan Lindgren,
Debtor

Dated: _____

By: _____
Daniel Lickel, Esq.
Law Offices of Daniel Lickel
Attorney for the Debtor

LINDGREN: 12-08239-MM7
AMENDED STIPULATION FOR WAIVER OF DISCHARGE

2013. The Debtor has sought the advice of attorney Daniel Lickel of the Law Offices of Daniel Lickel regarding his waiver of discharge in this bankruptcy case.

### STIPULATION

1. Debtor Erick Allan Lindgren hereby Stipulates and agrees that he shall and hereby does waive his discharge pursuant to Bankruptcy Code Section 727(a)(10). [11 U.S.C. §727(a)(10)].

2. Debtor Erick Allan Lindgren has sought the advice of attorney Daniel Lickel, of the Law Offices of Daniel Lickel, regarding this Amended Stipulation, and his agreement to waive his discharge pursuant to 11 U.S.C. §727(a)(10); and, further acknowledges by affixing his signature below, that he enters into this Amended Stipulation of his own free will with access to the advice of counsel.

3. Upon entry of an Order approving this Amended Stipulation, any and all debts listed in the Debtor's bankruptcy case and/or that arose prior to the Petition Date, shall be deemed now and forever, non-dischargeable in this and/or any subsequent bankruptcy case that may be filed by the Debtor, with the exception of a future Chapter 13 full compliance discharge pursuant to 11 U.S.C. §1328(a).

**IT IS SO STIPULATED.**

TIFFANY L. CARROLL
UNITED STATES TRUSTEE

Dated: _____   By: _____
Mary Testerman DuVoisin, Esq.
Attorney for the Acting United States Trustee

Dated: 6/25/13   By: _____
Erick Allan Lindgren, Debtor

Dated: 6/25/13   By: _____
Daniel Lickel, Esq.
Law Offices of Daniel Lickel
Attorney for the Debtor

LINDGREN: 12-08239-MM7
AMENDED STIPULATION FOR WAIVER OF DISCHARGE

2013. The Debtor has sought the advice of attorney Daniel Lickel of the Law Offices of Daniel Lickel regarding his waiver of discharge in this bankruptcy case.

## STIPULATION

1. Debtor Erick Allan Lindgren hereby Stipulates and agrees that he shall and hereby does waive his discharge pursuant to Bankruptcy Code Section 727(a)(10). [11 U.S.C. §727(a)(10)].

2. Debtor Erick Allan Lindgren has sought the advice of attorney Daniel Lickel, of the Law Offices of Daniel Lickel, regarding this Amended Stipulation, and his agreement to waive his discharge pursuant to 11 U.S.C. §727(a)(10); and, further acknowledges by affixing his signature below, that he enters into this Amended Stipulation of his own free will with access to the advice of counsel.

3. Upon entry of an Order approving this Amended Stipulation, any and all debts listed in the Debtor's bankruptcy case and/or that arose prior to the Petition Date, shall be deemed now and forever, non-dischargeable in this and/or any subsequent bankruptcy case that may be filed by the Debtor, with the exception of a future Chapter 13 full compliance discharge pursuant to 11 U.S.C. §1328(a).

**IT IS SO STIPULATED.**

TIFFANY L. CARROLL
UNITED STATES TRUSTEE

Dated: _____   By: _____
Mary Testerman DuVoisin, Esq.
Attorney for the Acting United States Trustee

Dated: 6/25/13   By: _____
Erick Allan Lindgren,
Debtor

Dated: _____   By: _____
Daniel Lickel, Esq.
Law Offices of Daniel Lickel
Attorney for the Debtor

LINDGREN: 12-08239-MM7
AMENDED STIPULATION FOR WAIVER OF DISCHARGE