# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ERICK ALLAN LINDGREN |
| **Case Number:** | 12-08239-MM7     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 27, 2013 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | NINA GRIMLER |

### Matters:

1) MOTION FOR A FINDING THAT DEBTOR IS NOT ENTITLED TO A DISCHARGE FILED BY U.S. TRUSTEE

2) MOTION EXTENDING TIME TO OBJECT TO DISCHARGE AND MOTION TO DISMISS FILED BY U.S. TRUSTEE

### Appearances:

MARY TESTERMAN, ATTORNEY FOR U.S. TRUSTEE
DANIEL LICKEL, ATTORNY FOR ERICK LINDGREN

### Disposition:

1 & 2)  Granted by submission of a stipulation.